UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

IN RE:   KENNETH M. JACKSON                         CASE NO.:  18-10462

### TRUSTEE'S OBJECTION TO CLAIM OF EXEMPTION

NOW INTO COURT, comes ANNETTE C. CRAWFORD, Chapter 13 Standing Trustee who moves the Court as follows:

1.

The above-mentioned debtor filed their petition for Chapter 13 relief on May 1, 2018.

2.

Debtor(s) claimed a homestead exemption at 12433 Coursey Blvd., Baton Rouge, LA.

3.

Trustee objects to the exemption because debtor does not reside at the house.   The house is a rental property.

WHEREFORE, Trustee requests that debtors claim for homestead exemption be denied.

RESPECTFULLY SUBMITTED BY:

s/Annette C. Crawford
ANNETTE C CRAWFORD
CHAPTER 13 STANDING TRUSTEE
8778 GOODWOOD BLVD
BATON ROUGE LOUISIANA 70806
PHONE:(225) 928-2531
crawfordtrustee@annettecrawford.com