UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

IN RE:

KENNETH M JACKSON    CASE NO. 18-10462

DEBTOR    CHAPTER 13

**ORDER**

Considering the motion of Sn Servicing Corporation, as servicer for U.S. Bank National Association, as Trustee of the Lodge Series III Trust **(P-132)** for relief from the automatic stay, the agreement between the parties and applicable law,

IT IS ORDERED that the automatic stay shall remain in effect for one hundred and fifty (150) days from entry of this order to allow the Chapter 7 Trustee time to sell the Property or until written notice from the Trustee that administration of the Property has ceased, whichever occurs first. At the expiration of the 150 days, the automatic stay shall be terminated.

Baton Rouge, Louisiana, October 9, 2019.

**s/** Douglas D. Dodd
**DOUGLAS D. DODD**
**UNITED STATES BANKRUPTCY JUDGE**

Submitted by:

/s/ Tabitha Mangano
Tabitha Mangano (No. 32569)
Cris R. Jackson (No. 20876)
JACKSON & McPHERSON, L.L.C.
1010 Common Street, Suite 1800
New Orleans, Louisiana 70112
504-581-9444

READ and AGREED:

/s/ Dwayne M. Murray
Dwayne M. Murray, Trustee (No. 18658)
Chapter 7 Trustee
4970 Bluebonnet Boulevard, Suite B
Baton Rouge, Louisiana 70809
225-925-1110