UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

IN RE:

KENNETH M. JACKSON                                          CASE NO. 18-10462
    DEBTOR                                                        CHAPTER 7

# WARRANT FOR ARREST

To:    The United States Marshal
        And any Authorized United States Officer

    YOU ARE HEREBY COMMANDED to arrest Kenneth M. Jackson and bring him forthwith to the United States Bankruptcy Judge, United States Bankruptcy Court, 707 Florida Street, Room 222, Baton Rouge, Louisiana 70801, by Order of this Court, to Answer:

> An Order to Show Cause that was continued from October 30, 2019 at 2:00 p.m. to December 4, 2019 at 2:00 p.m., ordering Kenneth M. Jackson to appear and show cause why he should not be held in civil contempt or otherwise sanctioned for failure to appear at the 11 U.S.C. §341(a) creditors meeting on October 1, 2019; and for failure to appear at the continued 11 U.S.C. §341(a) creditors meeting on November 26, 2019 (copy of Order to Show Cause and the Minute Entry continuing the Order to Show Cause and resetting 11 U.S.C. §341(a) creditors meeting attached as Exhibit "A").

| | |
|---|---|
| Name of Issuing Officer: | Douglas D. Dodd |
| Title of Issuing Officer: | U.S. Bankruptcy Judge, MD LA |
| Signature of Issuing Officer: | /s/ Douglas D. Dodd |
| Date: | December 5, 2019 |
| Location: | Baton Rouge, LA |

**MINUTE ENTRY:Hearing 10/30/19 PRESENT: KJackson-db. RULING:** The court ordered the debtor to appear at the continued meeting of creditors scheduled for 11/26/19 10:30 a.m. The court continued this hearing to 12/4/19 at 2:00 p.m. It is the court's intention to cancel the hearing if the debtor appears at the continued meeting of creditors. If the debtor does not appear, it is the court's intention to dismiss the case with a bar to refiling. RE: related document(s)158 Order to Appear and Show Cause for failure to appear at the meeting of creditors. (jpoc) (Entered: 10/31/2019)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

IN RE:   Kenneth M. Jackson                                                  CASE NO.:   18-10462

                                                                                                     CHAPTER:   7

    DEBTOR

ORDER TO SHOW CAUSE

Considering the failure of the debtor to appear at the 11 U.S.C. §341(a) meeting of creditors as directed by the order converting this case,

**IT IS ORDERED** that Kenneth M. Jackson, debtor, appear before the Court on **October 30, 2019, 2:00 p.m.**, in the United States Bankruptcy Court, 707 Florida Street, Room 222, Baton Rouge, Louisiana, and show cause why the debtor should not be held in civil contempt or otherwise sanctioned, including dismissal of this case with a bar to refiling and without a discharge for failure to abide by a lawful order of this Court.

**IT IS FURTHER ORDERED** that the debtor must **personally** appear at the hearing on this order unless excused by order of the Court.

Baton Rouge, Louisiana, October 2, 2019.

**s/ Douglas D. Dodd**
DOUGLAS D. DODD
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT "A"

***NOTICE:  A PHOTO ID IS REQUIRED TO ENTER THE COURTHOUSE.***

**MINUTE ENTRY:Hearing 10/30/19 PRESENT: KJackson-db. RULING:** The court ordered the debtor to appear at the continued meeting of creditors scheduled for 11/26/19 10:30 a.m. The court continued this hearing to 12/4/19 at 2:00 p.m. It is the court's intention to cancel the hearing if the debtor appears at the continued meeting of creditors. If the debtor does not appear, it is the court's intention to dismiss the case with a bar to refiling. RE: related document(s)158 Order to Appear and Show Cause for failure to appear at the meeting of creditors. (jpoc) (Entered: 10/31/2019)