# UNITED STATES BANKRUPTCY COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: KENNETH M. JACKSON** | **CASE.: 18-10462** |
| **DEBTOR** | **CHAPTER 7** |

## ORDER RECALLING
## WARRANT FOR ARREST

For reasons orally assigned at a hearing held on December 10, 2019,

**IT IS ORDERED** that the Warrant for Arrest filed on December 5, 2019, (P-181) is **RECALLED**.

Baton Rouge, Louisiana, December 11, 2019.

**s/ Douglas D. Dodd**
DOUGLAS D. DODD
UNITED STATES BANKRUPTCY JUDGE