## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF LOUISIANA

IN RE:   JACKSON, KENNETH M                                              CASE NO.: 18-10462

DEBTOR(S)                                                                                CHAPTER 7

### MOTION FOR APPROVAL OF COMPROMISE AND
### TO RATIFY SETTLEMENT AND PAY DEBTOR EXEMPTION

NOW INTO COURT, comes Dwayne M. Murray, Trustee, who respectfully represents:

1.

Debtor's Chapter 13 bankruptcy petition was filed on 05/01/18 and converted to Chapter 7 on November 4, 2019.

2.

This court has jurisdiction to grant relief sought herein pursuant to 28 U.S.C. § 1334 and § 157(b)(2).

3.

Debtor listed a 2003 Hummer H2 bearing Vin Number, 5GRGN23U93H112259 on the schedules and on June 16, 2019 the vehicle was rendered a total loss as a result of being submerged in water.

4.

State Farm Mutual Automobile Insurance Company provide coverage and has agreed to settle the property damage claim for $19,507.73, less a $1,000.00 deductible.  There is a lien holder, Speedway Loans, Inc. of Miami, Florida entitled to $9,258.07 from the settlement proceeds.  There is equity in the collateral and debtor is entitled to $7,500.00.  The estate will retain the balance of the funds for payment to the class of unsecured creditors.

5.

Trustee believes that the approval of this settlement is fair, reasonable, and in the best interest of the Estate.

WHEREFORE, Trustee prays that the Court issue an Order authorizing the settlement on the terms and conditions set forth herein and approving the Trustee to sign all appropriate

documents to effectuate resolution of the above referenced matter and for such other further relief as is just.

      FURTHER, that all payees be ordered by this Court to endorse the settlement check/draft should same be necessary and that the trustee be allowed to deposit same in the trust for distribution after order of this Court.

Dated: 01/9/2020

                                              Respectfully Submitted:

                                              /s/ Dwayne M. Murray
                                              Dwayne M. Murray, LSBA 18658
                                              Chapter 7 Trustee
                                              4970 Bluebonnet Boulevard, Suite B
                                              Baton Rouge, LA  70809
                                              Telephone: (225) 925-1110
                                              Facsimile: (225) 925-1116
                                              Attorney for Trustee