UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF LOUISIANA

IN RE: Kenneth Jackson      CASE NO.: 18-10462

DEBTOR(S)     Ch 7

Motion for Contempt of Court

Kenneth Jackson, requests an expedited hearing for the creditors refusal to abide by the automatic stay of his Ch 7 bankruptcy and contempt of court. Judge Charlene Day, continues to bring Mr. Jackson to court weekly and makes him pay money and the clerk of court collects these funds, therefore, they are violating a federal Order and are in direct contempt of this Court. Kenneth Jackson made a payment of $50 fifty dollars on Dec. 17 and another fifty dollars $50. and has to keep paying what was discharged in his Ch 7 or go to jail. And he can't pay $100 monthly.

Jan. 17, 2020.

Address: 18257 Manole Place Dr, Prairieville, LA 70769

Phone: (225) 253-2019

**DOUG WELBORN**
*Clerk of Court*
*Parish of East Baton Rouge*
*State of Louisiana*

Nº 162478

**RECEIPT**

Dec. 17, 2019

**ADVANCED DEPOSITS ACCOUNT**

Received of __Kenneth Jackson__

The sum of __Fifty and 00/100__ Dollars $ __50.00__

Suit Caption __Jackson vs Johnson__

**Method of Payment:**
- ✓ Cash
- ___ Check
- ___ Money Order
- ___ Traveler's Check

**Payment Received For:**
- ___ Filing Fee
- ___ Jury Fee
- ___ Appeal Cost
- ___ Attorney's Bill
- ___ Bond

Check No. __N/A__
Suit Number __168878__
Division __C__

_[signature]_
*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

Civil Form No. 61 - Rev. 12/2011
Clerk of Court/Suit Accounting

THE FAMILY COURT
300 NORTH BOULEVARD • 4TH FLOOR
PARISH OF EAST BATON ROUGE
BATON ROUGE, LOUISIANA

CASE # F168878       DIVISION: C

LASES # _____

TO: Kenneth Jackson

X _____

**YOUR CASE IS FIXED FOR:**

- ☐ CONTEMPT @ 8:30 AM
- ☐ DEFERRED EXECUTION @ 8:30 AM
- ☐ DEFERRED SENTENCING @ 8:30 AM
- ☐ MODIFICATION @ 8:30 AM
- ☐ PAYMENT DETERMINATION @ 8:30 AM
- ☐ REVIEW @ 8:30 AM
- ☐ SET ARREARS @ 8:30 AM
- ☐ UIFSA @ 8:30 AM
- ☑ COST REVIEW @ 8:00 AM
- ☑ DOMESTIC VIOLENCE @ 8:00 AM
- ☐ RULE @ ____:____ AM/PM
- ☐ TRIAL @ ____:____ AM/PM
- ☐ JUDGE'S RULING @ ____:____ AM/PM

on the 27 day of November, 2019.

You are ordered to return on that date. If you fail to appear, a bench warrant will be issued and you may be held in contempt of Court. Bring this notice with you.

By order of this Court, this 20 day of Nov, 2019.

_____
DEPUTY CLERK OF COURT

Family #1-90  Rev. 4/13
Clerk of Court / Family Divisions

THE FAMILY COURT
300 NORTH BOULEVARD • 4TH FLOOR
PARISH OF EAST BATON ROUGE
BATON ROUGE, LOUISIANA

CASE # F148878        DIVISION: C

LASES # _____

TO: Kennieth Jackson

X: _//__

**YOUR CASE IS FIXED FOR:** $125 Fine

- [ ] CONTEMPT @ 8:30 AM
- [ ] DEFERRED EXECUTION @ 8:30 AM
- [ ] DEFERRED SENTENCING @ 8:30 AM
- [ ] MODIFICATION @ 8:30 AM
- [ ] PAYMENT DETERMINATION @ 8:30 AM
- [ ] REVIEW @ 8:30 AM
- [ ] SET ARREARS @ 8:30 AM
- [ ] UIFSA @ 8:30 AM
- [x] COST REVIEW @ 8:00 AM
- [x] DOMESTIC VIOLENCE @ 8:00 AM
- [ ] RULE @ ___:___ AM/PM
- [ ] TRIAL @ ___:___ AM/PM
- [ ] JUDGE'S RULING @ ___:___ AM/PM

on the 18 day of December, 20 19.

You are ordered to return on that date. If you fail to appear, a bench warrant will be issued and you may be held in contempt of Court. Bring this notice with you.

By order of this Court, this 2 day of December, 20 19.

_____
DEPUTY CLERK OF COURT

Family #1-90    Rev. 4/13
Clerk of Court / Family Divisions

300 NORTH BOULEVARD • 4TH FLOOR
PARISH OF EAST BATON ROUGE
BATON ROUGE, LOUISIANA

CASE # F168878   DIVISION: C

LASES # _____

TO: Kenneth Jackson

X: _KJ_

## YOUR CASE IS FIXED FOR:

- ☐ CONTEMPT @ 8:30 AM
- ☐ DEFERRED EXECUTION @ 8:30 AM
- ☐ DEFERRED SENTENCING @ 8:30 AM
- ☐ MODIFICATION @ 8:30 AM
- ☐ PAYMENT DETERMINATION @ 8:30 AM
- ☐ REVIEW @ 8:30 AM
- ☐ SET ARREARS @ 8:30 AM
- ☐ UIFSA @ 8:30 AM
- ☐ COST REVIEW @ 8:00 AM
- ☐ DOMESTIC VIOLENCE @ 8:00 AM
- ☒ RULE @ 8:30 AM/PM
- ☐ TRIAL @ ___:___ AM/PM
- ☐ JUDGE'S RULING @ ___:___ AM/PM

on the 17 day of December, 20 19.

You are ordered to return on that date. If you fail to appear, a bench warrant will be issued and you may be held in contempt of Court. Bring this notice with you.

By order of this Court, this 2 day of December, 20 19.

_signature_
DEPUTY CLERK OF COURT

Family #1-90  Rev. 4/13
Clerk of Court / Family Divisions

**THE FAMILY COURT**
**300 NORTH BOULEVARD • 4TH FLOOR**
**PARISH OF EAST BATON ROUGE**
**BATON ROUGE, LOUISIANA**

CASE # F148878    DIVISION: C

LASES # _____

TO: Kenneth Jackson

X _____

**YOUR CASE IS FIXED FOR:** Atty fees

- ☐ CONTEMPT @ 8:30 AM
- ☐ DEFERRED EXECUTION @ 8:30 AM
- ☐ DEFERRED SENTENCING @ 8:30 AM
- ☐ MODIFICATION @ 8:30 AM
- ☐ PAYMENT DETERMINATION @ 8:30 AM
- ☐ REVIEW @ 8:30 AM
- ☐ SET ARREARS @ 8:30 AM
- ☐ UIFSA @ 8:30 AM
- ☒ COST REVIEW @ 8:00 AM
- ☐ DOMESTIC VIOLENCE @ 8:00 AM
- ☐ RULE @ ___:___ AM/PM
- ☐ TRIAL @ ___:___ AM/PM
- ☐ JUDGE'S RULING @ ___:___ AM/PM

on the 2 day of December, 20 19.

You are ordered to return on that date. If you fail to appear, a bench warrant will be issued and you may be held in contempt of Court. Bring this notice with you.

By order of this Court, this 9 day of October, 20 19.

_____
DEPUTY CLERK OF COURT

Family #1-90    Rev. 4/13
Clerk of Court / Family Divisions

THE FAMILY COURT
300 NORTH BOULEVARD • 4TH FLOOR
PARISH OF EAST BATON ROUGE
BATON ROUGE, LOUISIANA

CASE # F 148878  DIVISION: C

LASES # _____

TO: Kenneth Jackson

X _____

**YOUR CASE IS FIXED FOR:**

- ☐ CONTEMPT @ 8:30 AM
- ☐ DEFERRED EXECUTION @ 8:30 AM
- ☐ DEFERRED SENTENCING @ 8:30 AM
- ☐ MODIFICATION @ 8:30 AM
- ☐ PAYMENT DETERMINATION @ 8:30 AM
- ☐ REVIEW @ 8:30 AM
- ☐ SET ARREARS @ 8:30 AM
- ☐ UIFSA @ 8:30 AM
- ☑ COST REVIEW @ 8:00 AM
- ☐ DOMESTIC VIOLENCE @ 8:00 AM
- ☐ RULE @ ___:___ AM/PM
- ☐ TRIAL @ ___:___ AM/PM
- ☐ JUDGE'S RULING @ ___:___ AM/PM

on the 20 day of November, 20 19.

You are ordered to return on that date. If you fail to appear, a bench warrant will be issued and you may be held in contempt of Court. Bring this notice with you.

By order of this Court, this 9 day of October, 20 19

_____
DEPUTY CLERK OF COURT

Family #1-90   Rev. 4/13
Clerk of Court / Family Divisions