UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

IN RE:   KENNETH M. JACKSON

CASE NO. 18-10462

DEBTOR

ORDER

CONSIDERING the Trustee's Motion to Sell Property of the Estate to Debtor, the lack of objection thereto, and applicable law:

IT IS ORDERED that Dwayne M. Murray, Trustee, is authorized to sell to Kenneth Jackson, Debtor, for the sum of $2,740.00 by private sale, without any warranty or recourse whatsoever on the part of the Trustee, even as to the return of the purchase price, but with full substitution and subrogation to all rights and actions of warranty against all preceding owners, vendors or mortgagors, any and all of the estate's interest in the property described below:

60" Television, Tablet, Golf Clubs, Watch, Cash,
and any and all interest in the Succession of Mary Lee Jackson;
subject to usufruct of surviving spouse.

IT IS FURTHER ORDERED that the property is being transferred "as is, where is" and subject to any and all taxes, claims, judgments, encumbrances, and liens that may affect it.

Baton Rouge, Louisiana, March 18, 2020.

**s/ Douglas D. Dodd**
DOUGLAS D. DODD
UNITED STATES BANKRUPTCY JUDGE